DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**ROGER KENNETH CRAWFORD,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D22-2139

[April 13, 2023]

Appeal from the Circuit Court for the Nineteenth Judicial Circuit, St. Lucie County; William L. Roby, Judge; L.T. Case Nos. 562021CF002226A and 562022CF000661A.

Carey Haughwout, Public Defender, Christine C. Geraghty, and Ross F. Berlin, Assistant Public Defenders, West Palm Beach, for appellant.

No appearance required for appellee.

PER CURIAM.

*Affirmed.*

MAY, CIKLIN and ARTAU, JJ., concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***